# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S., a minor by SALLEE MILLER, Guardian, and SALLEE MILLER, Individually, : : : : Plaintiffs, : : v. : : SMITHKLINE BEECHAM : CORPORATION, d/b/a : GlaxoSmithKline, : Defendant : | CIVIL ACTION NO. 1:13-CV-2382 (Chief Judge Conner) |

## **ORDER**

AND NOW, this 12th day of December, 2013, upon consideration of plaintiffs' motion (Doc. 37) to amend and certify the court's order for interlocutory review pursuant to 28 U.S.C. § 1292(b) and for a temporary stay, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiffs' motion (Doc. 37) to amend and certify the court's order for interlocutory appeal is GRANTED. The order of the court (Doc. 15), dated July 26, 2013, is hereby AMENDED by adding as follows: The following question is CERTIFIED for interlocutory review pursuant to 28 U.S.C. § 1292(b):

    Whether a defendant may remove a case a second time based on diversity jurisdiction more than one year after the commencement of the case?

2. This matter is STAYED pending any appeal, if accepted by the United States Court of Appeals for the Third Circuit.

                    /S/ CHRISTOPHER C. CONNER
                    Christopher C. Conner, Chief Judge
                    United States District Court
                    Middle District of Pennsylvania